UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DALE BEARDSLEY,<br><br>               Plaintiff,<br><br>    v.<br><br>CLARK COUNTY et al,.<br><br>               Defendants. | CASE NO. C11-5619-RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: November 18, 2011 |

     This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. The plaintiff and two defendants, the State of Washington and the Washington State Department of Corrections have filed a stipulated motion to dismiss the action and a proposed settlement agreement (ECF No. 11). Along with those pleadings is a proposed order that would dismiss the entire action but give the Court jurisdiction to enforce the terms of the settlement agreement (ECF No. 11, proposed order).

REPORT AND RECOMMENDATION - 1

The parties do not specifically mention the other defendant, Clark County, in the documents. However, in the settlement agreement the parties agree to dismiss all defendants and the entire claim with prejudice (ECF No. 11, settlement agreement).

It appears this agreement addresses all claims and all defendants, but because Clark County is not specifically mentioned, the Court is preparing a Report and Recommendation rather than an order recommended for entry.

If this agreement does not address the entire action and all parties, any party may file an objection to the Report and Recommendation. The Court recommends the proposed order be signed by Judge Leighton on November 18, 2011. That gives the parties time to file an objection if the Court's understanding of the agreement is incorrect.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of de novo review by the District Court Judge. See, 28 U.S.C. 636 (b)(1)(C). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on November 18, 2011, as noted in the caption.

Dated this 21st day of October, 2011.

J. Richard Creatura
United States Magistrate Judge