DISTRICT JUDGE RONALD B. LEIGHTON
MAGISTRATE JUDGE J. RICHARD CREATURA

11-CV-05619-ORD

FILED ___ LODGED
___ RECEIVED
NOV 21 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DALE BEARDSLEY,

        Plaintiff,

v.

CLARK COUNTY and WASHINGTON STATE DEPARTMENT OF CORRECTIONS,

        Defendants.

NO. C11-05619 RBL-JRC

STIPULATED ORDER OF DISMISSAL

Pursuant to the settlement agreement of the Parties, which has been filed with the Court, it is hereby ordered that this action is dismissed with prejudice and without costs or fees to any party. This Court shall retain jurisdiction to enforce the terms of the settlement agreement in this action.

DATED this 21 day of November, 2011.

                                _____
                                The Honorable RONALD B. LEIGHTON

Presented by:

_____      10/13/11
DOUGLAS W. CARR, WSBA #17378    DATE
Assistant Attorney General
Attorney for Defendant Department of Corrections

_____      10-7-11
DALE BEARDSLEY                        DATE
Plaintiff, Pro Se

STIPULATED ORDER OF DISMISSAL    1    ATTORNEY GENERAL OF WASHINGTON
No. C11-05619 RBL-JRC                                                Corrections Division
                                                                                    PO Box 40116
                                                                                    Olympia, WA 98504-0116
                                                                                    (360) 586-1445