DISTRICT JUDGE RONALD B. LEIGHTON
MAGISTRATE JUDGE J. RICHARD CREATURA

11-CV-05619-ORD

FILED _____ LODGED
_____ RECEIVED

NOV 21 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| DALE BEARDSLEY,<br><br>            Plaintiff,<br><br>    v.<br><br>CLARK COUNTY and WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>            Defendants. | NO. C11-05619 RBL-JRC<br><br>STIPULATED ORDER OF DISMISSAL |

Pursuant to the settlement agreement of the Parties, which has been filed with the Court, it is hereby ordered that this action is dismissed with prejudice and without costs or fees to any party. This Court shall retain jurisdiction to enforce the terms of the settlement agreement in this action.

DATED this 21 day of November, 2011.

_____
The Honorable RONALD B. LEIGHTON

Presented by:

_____     10/13/11
DOUGLAS W. CARR, WSBA #17378     DATE
Assistant Attorney General
Attorney for Defendant Department of Corrections

_____     10-7-11
DALE BEARDSLEY                    DATE
Plaintiff, Pro Se

---

STIPULATED ORDER OF DISMISSAL          1
No. C11-05619 RBL-JRC