# United States District Court

WESTERN DISTRICT OF WASHINGTON

DALE BEARDSLEY

v.

CLARK COUNTY and WASHINGTON
STATE DEPARTMENT OF CORRECTIONS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5619RBL/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is dismissed with prejudice and without costs or fees to any party. This Court shall retain jurisdiction to enforce the terms of the settlement agreement in this action.

| | |
|---|---|
| November 22, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |